UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.,<br><br>        Plaintiff,<br><br>    v.<br><br>DANIELLE LEHMAN, et al.,<br><br>        Defendants. | Case No. 3:23-cv-06567-JD<br><br>**ORDER RE PSEUDONYM** |

Plaintiff R. seeks a referral of an asylum application to Immigration Court. Dkt. No. 1 ¶ 1. R's initial request to proceed pseudonymously, Dkt. No. 5, was denied without prejudice because the request lacked a detailed justification for anonymity. Dkt. No. 8. R. has filed a renewed request to proceed pseudonymously. Dkt. No. 12. All defendants have been served, Dkt. Nos. 9, 10, and the deadline to oppose R.'s request has passed.

R.'s renewed request satisfies *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058 (9th Cir. 2000). R. states a fear of persecution if the asylum application is denied and R. is required to return to Indonesia. Dkt. No. 12 at 4. This is based on allegations of harassment, discrimination, and violence in Indonesia directed against gay men, which R identifies as in the asylum application. *Id.* Little, if any, prejudice will result to the opposing parties from use of a pseudonym, and R.'s true identity is known to the Asylum Office. *Id.* at 6. Overall, R. has demonstrated that his "need for anonymity outweighs prejudice to the opposing party and the public's interest in knowing the party's identity." *Does*, 214 F.3d at 1068.

Consequently, plaintiff may proceed as "R." in all publicly filed court documents. Plaintiff will be referred to as R. in all pleadings and other documents related to this litigation, as well as in any proceedings that may be held before the Court. Defendants and their attorneys will not

disclose plaintiff's identity to any other person or entity. If a situation arises in which disclosure may be necessary to defend against the claims, defendants will meet and confer with R. on a method of proceeding. The Court will resolve any disagreements with respect to the procedure.

This order may be terminated as warranted by future circumstances.

**IT IS SO ORDERED.**

Dated: January 23, 2024

JAMES DONATO
United States District Judge